[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 01-2283

RICHARD I. BARBER,

Plaintiff, Appellant,

v.

CITY OF NORTH ADAMS, ET AL.,

Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Michael A. Ponsor, U.S. District Judge]

---

Before

Lynch, Circuit Judge,
Campbell and Stahl, Senior Circuit Judges.

---

Richard Barber on brief pro se.
James W. Simpson, Jr. and Merrick, Louison & Costello on brief for appellees.

---

March 19, 2002

---

**Per Curiam**.    Upon careful review of the judgment below in light of the record, the prior judicial proceedings, and the issues raised in the briefs on appeal, the judgment of the district court dismissing this suit as barred by the statute of limitations is <u>affirmed</u>.